UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Peter B. Ritz**, | Case No.: 25-cv-08761 |
| Plaintiff, | |
| v. | |
| **Genius Group Limited**, **Roger Hamilton** and **Eva Mantziou**, | |
| Defendants. | |
| **Genius Group Limited**, | |
| Counterclaim-Plaintiff, | |
| v. | |
| **Peter B. Ritz**, | |
| Counterclaim-Defendant, | |
| and | |
| **Michael Thomas Moe**, | |
| Third-Party Defendant. | |

**DECLARATION OF ROGER HAMILTON
IN SUPPORT OF MOTION TO DISMISS**

I, Roger Hamilton, hereby affirm the following:

1. I am the Chief Executive Officer ("**CEO**") of Defendant Genius Group Limited ("**Genius**" or the "**Company**"). I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2. On May 31, 2024, Genius and Peter B. Ritz ("**Ritz**"), plaintiff in the above-captioned action, entered into an employment agreement, pursuant to which Mr. Ritz would be employed as the Company's Chief Revenue Officer ("**CRO**") (the "**Employment Agreement**").

3. I countersigned the Employment Agreement on behalf of Genius in my capacity as the Company's CEO.

4. A true and correct copy of the fully executed Employment Agreement is filed herewith as **Exhibit A**.

5. On September 24, 2024, Genius terminated Mr. Ritz's employment with the Company (the "**Termination Notice**").

6. The Termination Notice was transmitted by Genius and was executed by myself and Eva Mantziou in our capacities as Genius' Chief Executive Officer and Chief HR Officer & Chief of Staff, respectively.

7. A true and correct copy of the Termination Notice is filed herewith as **Exhibit B**.

3

    Pursuant to 28 U.S.C. § 1746, I, Roger Hamilton, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 6th day of February, 2026.

_____
Roger Hamilton