

Genius Group Ltd
8 Amoy Street,
#01-01, Far East Square,
Singapore 049950

**Peter Ritz,**
1230 Wrack Road
Rydal, PA 19046, USA
peter.ritz@fatbrain.io


31th May 2024


Dear Peter,

The Management of Genius Group (hereinafter referred to as "GG") is pleased to offer you the position of Chief Revenue Officer (CRO) of GG.

The offer is for you to join us in this position with a Commencement Date of 3rd June 2024. The place of work is flexible, initially virtual, and to be mutually agreed in the future based on the most suitable location for yourself and the company as the company grows.

Your terms of the contract are subject to, but not limited to, the following terms and conditions.

1) **DUTIES & RESPONSIBILITIES**

    As the CRO of Genius Group you will be reporting directly to the CEO.

    Duties and responsibilities include:

    - Develop comprehensive revenue generation strategies aligned with Genius Group's overall business objectives and market trends.
    - Lead and motivate the sales team to achieve and exceed sales targets, fostering a high-performance culture of accountability and excellence.
    - Identify and pursue new business opportunities, potential M&A's, partnerships, and markets to expand Genius Group's revenue streams.
    - Collaborate closely with the marketing team to develop integrated marketing and sales campaigns that drive lead generation and customer acquisition.
    - Champion a customer-centric approach across all revenue-generating activities, ensuring exceptional customer experiences and long-term relationships.
    - Utilize data-driven insights to evaluate performance, identify opportunities for optimization, and make informed decisions to drive revenue growth.
    - Oversee budgeting, forecasting, and financial planning related to revenue generation activities, ensuring efficient resource allocation and ROI.
    - Collaborate with other departments such as product development, finance, and operations to align revenue strategies with overall business operations and goals.
    - Provide leadership, guidance, and mentorship to the revenue team, fostering professional growth and development.
    - Prepare regular reports and presentations for other senior managers and board members and investors, providing updates on revenue performance, forecasts, and strategic initiatives.
    - Participate in key decisions as a member of the executive management team
    - Maintain in-depth relations with all members of the management team

## 2) COMPENSATION

Your Annual Compensation package shall consist of the following

- Salary of US$370,000 per annum
- Performance bonus up to 50% of salary for achieving pre-agreed annual company performance targets
- Your compensation will also include incentive stock options (ISOs) in GG. These will be issued as follows:
    - You will receive 400,000 incentive stock options (ISOs) granting you the right to acquire 400,000 shares of the Company, with an exercise price equal to their fair market value on your Commencement Date (which shall be adjusted appropriately for any stock split, combination of shares, recapitalization, or other change in the Company's capital stock), and vesting equally over 3 years measured from your Commencement Date
    - You will also receive 400,000 ISOs each year on the anniversary of your Commencement Date, with an exercise price equal to their fair market value on each Anniversary Date. The ISOs will vest on a similar schedule to the first grant of ISOs.
    - In the event that you are no longer employed with the company, all unvested ISOs will automatically expire.
    - This program will be reviewed after three years of service. Any change will be discussed and mutually agreed with you and will not leave you with less compensation than as outlined above.
- A suitable US health insurance scheme that will be mutually agreed upon based on customary practice in the U.S. and will include medical, dental and vision coverage for you and your dependents.
- Genius Group's unlimited vacation policy allows employees to take as much leave as they need, provided they are classified as non-exempt and/or in leadership positions and employed at the corporate (Genius Group) level. This policy is based on mutual trust between employer and employee. It gives employees opportunities to work or take time off as they see fit, as long as they keep fulfilling their duties.
- 401K retirement benefit matched by employer with the maximum employer contribution of 6%. You will also be granted life insurance.
- As an officer of the company, your compensation package is subject to review and change by our Compensation Committee in the face of changing business conditions.

## 3) EXPENSES

You will be reimbursed for all reasonable business and travel expenses incurred in the normal course of business. This includes traveling to our annual retreat and to visit our various offices, campuses, and resorts in support of assigned business responsibilities. All expenses must be pre-approved by the Chief of Staff and comply with the reimbursement policies outlined in the GG employee handbook.

## 4) PROBATION & CONFIRMATION

You shall be on probation period for three months from the Commencement Date. You shall be confirmed by HR department on successful completion of your probation period.

Confirmation of your service is subject to suitable performance on pre-agreed performance expectations. Your probation period is liable to be extended subject to your performance for the period deemed necessary.

## 5) NOTICE PERIOD

Prior to confirmation, you are required to serve one-month notice in writing or pay a one-month salary in lieu of notice, unless otherwise approved by management.

On confirmation, you are required to serve one-month notice in writing or pay a one-month salary in lieu of notice, unless otherwise approved by management.

## 6) TERMINATION OF SERVICE

GG retains the right to terminate services without any prior notice or payment in lieu of notice, in the event of any misrepresentation, misconduct, violation of discipline, criminal offence, illegal action, breach of GG policy or any activities amounting to moral turpitude or jeopardizing the interests of the Company, in each case to be judged on the merits in good faith by the Company. Upon resignation or termination, you will be entitled to receive (as soon as practicable after the end of your Notice Period or your date of termination): (i) any portion of your base salary through the date of resignation or termination not yet paid; (ii) any bonus earned but not yet paid; (iii) any reimbursable expenses owed to you; and (iv) any vested amount of your options entitlement(s).

## 7) INTEGRITY & CONFIDENTIALITY

You will be required to demonstrate a high degree of integrity in the performance of your responsibilities. During the course of your employment with GG you will have access to confidential and proprietary information of GG and its clients. You are expected to treat all such information in strict confidence. You need to adhere to organization's policy and procedures, pertaining to information security basis your role requirement. You cannot disclose it to any person/s within or outside GG, nor can you use it for any purpose other than that specified.

It is understood that this offer and its terms are confidential in nature and shall not be disclosed to any third party without the prior written consent of both parties.

Breach of the above obligation gives GG the right to terminate employment with immediate effect and also to initiate suitable civil or criminal action.

## 8) COMPANY RULES & REGULATIONS

Your working hours, weekly-offs, holidays, leave rules etc. will be governed by the rules and regulations of GG, and will be based on customs and traditions in the United States. You will observe and be governed by all the rules and regulations of GG that are in force now and also those that may come into force at a future date, even if they are not individually notified to you in writing. GG has the sole and absolute right to change any of its rules and regulations at any time to meet the exigencies of business.

## 9) AMENDMENT OF TERMS

GG reserves the right to cancel, add, amend or change any of the terms of your contract upon mutual agreement.

Please sign a copy of this letter and return it to us as a token of your acceptance of this offer within one week of receiving this Offer Letter.

We welcome you as a member of our team and wish you a successful journey with Genius Group.

Yours Faithfully,

For **Genius Group Ltd**

Roger James Hamilton
CEO, Genius Group Ltd

**ACCEPTANCE FORM**

**I, Peter Ritz,** accept this contract with Genius Group Ltd with the stipulated terms and conditions.

| | |
|---|---|
| Signature | May 31, 2024 |
| | Date |
| For Genius Group Ltd | May 31st, 2024 |
| | Date |