

Genius Group Limited
8 Amoy Street
#01-01
Singapore 049950

24 September 2024

Peter Ritz
Chief Revenue Officer
1230 Wrack Road
Rydal, PA 19046, USA

**Subject: Termination of Role of Chief Revenue Officer**

Dear Peter,

After careful consideration, we regret to inform you that your employment with Genius Group in the role of Chief Revenue Officer is being terminated, effective immediately, due to serious concerns regarding your professional conduct and performance.

The decision to terminate your employment has been made for the following reasons:

**Lack of Integrity:** You have on multiple occasions withheld critical information from the company, which has had a significant impact on our operations and decision-making processes as well as put the company in serious risks in the areas that you were solely responsible for.

**Fraud Allegations:** We have received several whistleblowers reports about multiple frauds committed by you, with strong evidence attached (currently under review). Such actions have put the company in a very difficult legal situation caused solely by your misconduct and individual activity.

**Unresponsiveness:** You have repeatedly failed to respond to important emails and communications from both your colleagues and management, leading to delays and disruptions in workflow as well to potential serious financial losses of the company.

Your behavior has demonstrated a disregard for the responsibilities expected in your role and has violated the trust the company has placed in you.

As per company policy, your final paycheck, including any accrued benefits, will be processed and made available to you. Please return any company property to Human Resources by Friday, 27 September 2024.

We ask that you respect this decision and refrain from accessing company systems moving forward.



Genius Group Limited
8 Amoy Street
#01-01
Singapore 049950

We fully expect you to continue to fulfill all your contractual obligations as laid out in the GNS LZGI asset purchase agreement, as signatory to the agreement and in your role as ongoing President of FB Primesource Acquisition, LLC.

We regret that it has come to this, but the integrity and efficiency of our operations must be upheld. We wish you the best in your future endeavors.

DocuSigned by:
*Roger James Hamilton*
25E8FE9140A14F8...
Roger Hamilton
Chief Executive Officer
Genius Group

DocuSigned by:
*Eva Mantziou*
4911E989E75E4F4...
Eva Mantziou
Chief HR Officer & Chief of Staff
Genius Group