UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER B. RITZ,

                          Plaintiff,

          -against-

GENIUS GROUP LIMITED, et al.,

                          Defendants.

Case No. 1:25-cv-08761 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       For the reasons stated at the April 20, 2026 Conference, the parties are HEREBY

ORDERED to complete document productions by **April 24, 2026**.

Dated: April 20, 2026
          New York, New York

                              SO ORDERED.

                              _Jennifer Rochon_
                              JENNIFER L. ROCHON
                              United States District Judge