UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER B. RITZ,

                    Plaintiff,

      -against-

GENIUS GROUP LIMITED; ROGER
HAMILTON; EVA MANTZIOU,

                  Defendants.

Case No. 1:25-cv-08761 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant's request for an additional deposition of Plaintiff is DENIED without prejudice at this time. The parties have agreed to address the disputes raised by Defendant in the first instance through prompt requests for admissions and interrogatories.

The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 77.

Dated: June 12, 2026
       New York, New York

                          SO ORDERED.

                          *Jennifer Rochon*

                          JENNIFER L. ROCHON
                          United States District Judge