BLF
The BASILE LAW FIRM P.C.

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

**March 17, 2026**

Defendants' request to: (i) file a redacted copy of Defendants' Answer and aforementioned exhibits and (ii) file under seal unredacted copies of the same (Dkt. 56) is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 56.

Dated: July 10, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Via PACER**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Ritz v. Genius Group Ltd., et al.*, No. 25-cv-08761-JLR
Letter Motion to File Under Seal Answer and Exhibits

Dear Judge Rochon:

We represent Defendants Genius Group Limited ("**Genius**"), Roger Hamilton ("**Hamilton**") and Eva Mantziou ("**Mantziou**" and together with Genius and Hamilton, "**Defendants**") in the above-referenced action. We write pursuant to the Court's Standing Order, 19-MC-00583, the SDNY ECF Rules & Instructions, Section 6 and Rule 4.B.iii of Your Honor's Individual Rules of Practice in Civil Cases ("**Individual Rules**") to respectfully request leave to: (i) file a redacted copy of Defendants' Answer and Affirmative Defenses, Counterclaims, and Third-Party Complaint (the "**Answer**") to Plaintiff Peter B. Ritz's First Amended Complaint (ECF No. 54, the "Amended Complaint"), as well as Exhibits 5, 18 and 22 thereto; and (ii) file under seal an unredacted copy of the same.[1] The parties have met and conferred and no party opposes Defendants' request.

The exhibits Defendants are filing in connection with the aforementioned pleading are of sensitive and/or confidential nature. To explain, Defendants intend to file excerpts from testimony given by Michael T. Moe in a related, confidential arbitration proceeding between Genius and LZG International, Inc. before the International Chamber of Commerce. This arbitration is still ongoing.

Accordingly, Defendants respectfully request that the Court grant Defendants' request to: (i) file a redacted copy of Defendants' Answer and aforementioned exhibits; and (ii) file under seal unredacted copies of the same..

We thank the Court for its consideration of this request.

---

[1] As per Your Honor's Individual Rules, Defendants shall concurrently file: (i) a public version of the document and associated exhibits with the proposed redactions; and (ii) a sealed copy of the unredacted document and associated exhibits with the proposed redactions highlighted in yellow.

* * *

Respectfully submitted,

*/s/ Eric Benzenberg*

Eric Benzenberg
Matthew Hettrich
THE BASILE LAW FIRM P.C.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.: (516) 455-1500
Fax: (631) 498-0748
Email: eric@thebasilelawfirm.com
matthew@thebasilelawfirm.com

*Counsel for Genius Group Limited, Roger Hamilton, and Eva Mantziou*