UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER B. RITZ,

Plaintiff,

-against-

GENIUS GROUP LIMITED, ROGER HAMILTON, and EVA MANTZIOU,

Defendants.

Case No. 1:25-cv-08761 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On July 8, 2026, Defendants filed a motion compel production of certain bank statements and a recorded podcast episode, and requested an award of reasonable expenses, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5). Dkt. 81. On July 13, 2026, Plaintiff opposed the motion, responding that as of the date of the motion, the bank statements at issue had been produced. Dkt. 85. On July 14, 2026, Plaintiff notified the Court that he was able to locate the podcast and has produced it to Defendants. Dkt. 86. Therefore, the Court DENIES Defendants' motion to compel as moot and denies the request for attorney's fees. The Clerk of Court is respectfully directed to close the motion at Dkt. 81.

Dated: July 15, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge