UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER B. RITZ,

Plaintiff,

-against-

GENIUS GROUP LIMITED, et al.,

Defendants.

Case No. 1:25-cv-08761 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record at the parties' post-discovery conference on August 18, 2026, Defendants' motion for summary judgment against Plaintiff's claims and in support of their counterclaims is due by September 23, 2026. Plaintiff and Third Party Defendant Moe's opposition to Defendants' motions, and their own motion for summary judgment on Defendants' counterclaims, is due by October 14, 2026. Defendants' reply in further support of their motions for summary judgment, and their opposition to Plaintiff and Third Party Defendant's motion for summary judgment, is due by October 28, 2026. Plaintiff and Third Party Defendant's reply in further support of their motion for summary judgment is due by November 11, 2026.

Dated: August 18, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge